**L.B.F. 2016-4**

**STATEMENT OF PRO SE DEBTOR**

Debtor's Name **AMR M. ELSAYED** Case No. **19 17721** N IDC

Address **36 NORTH 13TH STREET, ALLENTOWN PA 18102** Chapter of Case **7**

Telephone Number (home) **3329995844** Date Case Filed _____

Telephone Number (work) _____

1. List the name, address, and telephone number of any person or business assisting you in

   filing or preparing papers for this case:

   **UPSOLVE, UPSOLVE.ORG**

   **FREE BANKRUPTCY NONPROFIT**

   **JONATHAN PETTS, EXECUTIVE DIRECTOR, 6462036733**

   DEC 10 2019

   TIMOTHY MCGRATH, CLERK

2. State how you were referred to the person or business named above or the source of

   advertisement you responded to.

   _____

3. a. Total fee charged by person or business named above: **FREE -- Nonprofit Help**

   b. Amount of fee paid as of the date you filed bankruptcy: **FREE -- Nonprofit Help**

   c. Did the preparer tell you the amount of court costs that must be paid to file your
      case?

      **(YES)** NO (circle one)

4. Were various chapters or types of bankruptcy explained to you?

   **(YES)** NO (circle one)

   Other Comments _____

5. Did the preparer explain to you that you have the right to claim certain property as
   exempt?

   **(YES)** NO (circle one)

6.  Did the preparer give you a copy of the papers he prepared for you?

YES      NO     (circle one)

Date: 12/9/2019      A. Elsayed