FILED

DEC 1 0 2019

TIMOTHY McGRATH, CLERK
DEP. CLERK

19 17721 MDC

# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

In re: )
)
)
AMR M. ELSAYED )
Debtor. )

Case No. _____

Chapter 7

## PAY ADVICE COVER SHEET

The following pay advice/income record information is filed on behalf of the debtors:

☑ All pay advices from the last 60 days are attached.

☐ The debtor certifies by his/her signature below that he/she has no pay records because:

☐ Debtor was unemployed.

☐ Debtor was paid in cash.

☐ Debtor lost pay stubs.

☐ Other explanation:_____.

✗  A. Elsayed

Signature of Debtor 1, Filing Pro Se

Executed on  12 / 9 / 2019
MM  /  DD  / YYYY

LEHIGH VALLEY HEALTH NETWORK

1200 South Cedar Crest Blvd
ALLENTOWN, PA 18103 United States of America

**19  17721** mbc

| Number | 13700517 |
|---|---|
| Check Date | 11/07/2019 |

FILED

DEC 1 0 2019

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

TIMOTHY McGRATH, CLERK

Amr M. Elsayed
36 N 13Th Street
2
Allentown, PA 18102
US

Net Pay  858.17

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Amr M. Elsayed | | 223751 | 30 | 0184 | 11/02/2019 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 81.00 | 1186.64 | 18289.77 |
| Total Deductions | | 328.47 | 4886.26 |
| Total Net | | 858.17 | 13403.51 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Overtime | 1.00 | 14.56 | 21.84 | 291.19 |
| Paid Time Off | | | | 324.30 |
| Regular | 80.00 | 14.56 | 1164.80 | 17674.28 |
| Total | 81.00 | | 1186.64 | 18289.77 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Allentown City | 22.61 | 349.62 |
| Federal Income Tax | 87.28 | 1340.16 |
| Medicare Employee | 16.60 | 256.68 |
| Pennsylvania SWT | 35.14 | 543.45 |
| Pennsylvania UI EE | 0.71 | 10.97 |
| Salisbury LST | 2.00 | 32.00 |
| Social Security EE | 70.97 | 1097.51 |
| Total | 235.31 | 3630.39 |

## Pretax Deductions

Case 19-17721-pmm    Doc 14    Filed 12/10/19    Entered 12/11/19 13:39:25    Desc Main
Document    Page 3 of 13

| Description | Current | Year to Date |
|---|---|---|
| 403 b  Employee | 47.47 | 615.97 |
| Choice Plus - Medical HSA EE | 10.00 | 140.00 |
| Comprehensive Dental EE | 18.00 | 252.00 |
| Health Savings Account EE | 10.00 | 140.00 |
| Vision EE - Buy Up Plan | 4.00 | 56.00 |
| Total | 89.47 | 1203.97 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Supp Life and AD  D | 3.69 | 51.90 |
| Total | 3.69 | 51.90 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx7418 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx2325 | Green Dot Bank | 858.17 |

LEHIGH VALLEY HEALTH NETWORK

1200 South Cedar Crest Blvd

ALLENTOWN, PA 18103 United States of America

| | |
|---|---|
| Number | 13697113 |
| Check Date | 10/24/2019 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Amr M. Elsayed

36 N 13Th Street

2

Allentown, PA 18102

US

Net Pay  786.13

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Amr M. Elsayed | | 223751 | 30 | 0184 | 10/19/2019 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 74.10 | 1086.18 | 17103.13 |
| Total Deductions | | 300.05 | 4557.79 |
| Total Net | | 786.13 | 12545.34 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Overtime | 1.00 | 14.56 | 21.84 | 269.35 |
| Paid Time Off | | | | 324.30 |
| Regular | 73.10 | 14.56 | 1064.34 | 16509.48 |
| Total | 74.10 | | 1086.18 | 17103.13 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Allentown City | 20.62 | 327.01 |
| Federal Income Tax | 75.70 | 1252.88 |
| Medicare Employee | 15.14 | 240.08 |
| Pennsylvania SWT | 32.06 | 508.31 |
| Pennsylvania UI EE | 0.65 | 10.26 |
| Salisbury LST | 2.00 | 30.00 |
| Social Security EE | 64.74 | 1026.54 |
| Total | 210.91 | 3395.08 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403 b  Employee | 43.45 | 568.50 |
| Choice Plus - Medical HSA EE | 10.00 | 130.00 |
| Comprehensive Dental EE | 18.00 | 234.00 |
| Health Savings Account EE | 10.00 | 130.00 |
| Vision EE - Buy Up Plan | 4.00 | 52.00 |
| Total | 85.45 | 1114.50 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Supp Life and AD  D | 3.69 | 48.21 |
| Total | 3.69 | 48.21 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx7418 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx2325 | Green Dot Bank | 786.13 |

LEHIGH VALLEY HEALTH NETWORK
1200 South Cedar Crest Blvd
ALLENTOWN, PA 18103 United States of America

Number        13693154
Check Date    10/10/2019

VOID VOID VOID VOID VOID VOID VOID VOID

Pay to the order of

Amr M. Elsayed
36 N 13Th Street
2
Allentown, PA 18102
US

Net Pay  816.12

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Amr M. Elsayed | | 223751 | 30 | 0184 | 10/05/2019 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 1128.00 | 16016.95 |
| Total Deductions | | 311.88 | 4257.74 |
| Total Net | | 816.12 | 11759.21 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Overtime | | | | 247.51 |
| Paid Time Off | | | | 324.30 |
| Regular | 80.00 | 14.10 | 1128.00 | 15445.14 |
| Total | 80.00 | | 1128.00 | 16016.95 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Allentown City | 21.45 | 306.39 |
| Federal Income Tax | 80.52 | 1177.18 |
| Medicare Employee | 15.75 | 224.94 |
| Pennsylvania SWT | 33.34 | 476.25 |
| Pennsylvania UI EE | 0.68 | 9.61 |
| Salisbury LST | 2.00 | 28.00 |
| Social Security EE | 67.33 | 961.80 |
| Total | 221.07 | 3184.17 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403 b  Employee | 45.12 | 525.05 |
| Choice Plus - Medical HSA EE | 10.00 | 120.00 |
| Comprehensive Dental EE | 18.00 | 216.00 |
| Health Savings Account EE | 10.00 | 120.00 |
| Vision EE - Buy Up Plan | 4.00 | 48.00 |
| Total | 87.12 | 1029.05 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Supp Life and AD  D | 3.69 | 44.52 |
| Total | 3.69 | 44.52 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx7418 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx2325 | Green Dot Bank | 816.12 |

LEHIGH VALLEY HEALTH NETWORK

1200 South Cedar Crest Blvd

ALLENTOWN, PA 18103 United States of America

| | |
|---|---|
| Number | 13689779 |
| Check Date | 09/26/2019 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Amr M. Elsayed

36 N 13Th Street

2

Allentown, PA 18102

US

**Net Pay  816.13**

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Amr M. Elsayed | | 223751 | 30 | 0184 | 09/21/2019 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 1128.00 | 14888.95 |
| Total Deductions | | 311.87 | 3945.86 |
| Total Net | | 816.13 | 10943.09 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Overtime | | | | 247.51 |
| Paid Time Off | | | | 324.30 |
| Regular | 80.00 | 14.10 | 1128.00 | 14317.14 |
| Total | 80.00 | | 1128.00 | 14888.95 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Allentown City | 21.45 | 284.94 |
| Federal Income Tax | 80.52 | 1096.66 |
| Medicare Employee | 15.75 | 209.19 |
| Pennsylvania SWT | 33.34 | 442.91 |
| Pennsylvania UI EE | 0.67 | 8.93 |
| Salisbury LST | 2.00 | 26.00 |
| Social Security EE | 67.33 | 894.47 |
| Total | 221.06 | 2963.10 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403 b  Employee | 45.12 | 479.93 |
| Choice Plus - Medical HSA EE | 10.00 | 110.00 |
| Comprehensive Dental EE | 18.00 | 198.00 |
| Health Savings Account EE | 10.00 | 110.00 |
| Vision EE - Buy Up Plan | 4.00 | 44.00 |
| Total | 87.12 | 941.93 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Supp Life and AD  D | 3.69 | 40.83 |
| Total | 3.69 | 40.83 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx7418 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx2325 | Green Dot Bank | 816.13 |

**LEHIGH VALLEY HEALTH NETWORK**

1200 South Cedar Crest Blvd
ALLENTOWN, PA 18103 United States of America

| | |
|---|---|
| Number | 13686407 |
| Check Date | 09/12/2019 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Amr M. Elsayed
36 N 13Th Street
2
Allentown, PA 18102
US

Net Pay  816.13

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Amr M. Elsayed | | 223751 | 30 | 0184 | 09/07/2019 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 1128.00 | 13760.95 |
| Total Deductions | | 311.87 | 3633.99 |
| Total Net | | 816.13 | 10126.96 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Overtime | | | | 247.51 |
| Paid Time Off | 8.00 | 14.10 | 112.80 | 324.30 |
| Regular | 72.00 | 14.10 | 1015.20 | 13189.14 |
| Total | 80.00 | | 1128.00 | 13760.95 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Allentown City | 21.45 | 263.49 |
| Federal Income Tax | 80.52 | 1016.14 |
| Medicare Employee | 15.74 | 193.44 |
| Pennsylvania SWT | 33.34 | 409.57 |
| Pennsylvania UI EE | 0.68 | 8.26 |
| Salisbury LST | 2.00 | 24.00 |
| Social Security EE | 67.33 | 827.14 |
| Total | 221.06 | 2742.04 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403 b  Employee | 45.12 | 434.81 |
| Choice Plus - Medical HSA EE | 10.00 | 100.00 |
| Comprehensive Dental EE | 18.00 | 180.00 |
| Health Savings Account EE | 10.00 | 100.00 |
| Vision EE - Buy Up Plan | 4.00 | 40.00 |
| Total | 87.12 | 854.81 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Supp Life and AD  D | 3.69 | 37.14 |
| Total | 3.69 | 37.14 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx7418 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx2325 | Green Dot Bank | 816.13 |

LEHIGH VALLEY HEALTH NETWORK
1200 South Cedar Crest Blvd
ALLENTOWN, PA 18103 United States of America

| | |
|---|---|
| Number | 13683037 |
| Check Date | 08/29/2019 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Amr M. Elsayed
36 N 13Th Street
2
Allentown, PA 18102
US

Net Pay  831.28

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Amr M. Elsayed | | 223751 | 30 | 0184 | 08/24/2019 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 81.00 | 1149.16 | 12632.95 |
| Total Deductions | | 317.88 | 3322.12 |
| Total Net | | 831.28 | 9310.83 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Overtime | 1.00 | 14.10 | 21.16 | 247.51 |
| Paid Time Off | | | | 211.50 |
| Regular | 80.00 | 14.10 | 1128.00 | 12173.94 |
| Total | 81.00 | | 1149.16 | 12632.95 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Allentown City | 21.87 | 242.04 |
| Federal Income Tax | 82.96 | 935.62 |
| Medicare Employee | 16.06 | 177.70 |
| Pennsylvania SWT | 33.99 | 376.23 |
| Pennsylvania UI EE | 0.69 | 7.58 |
| Salisbury LST | 2.00 | 22.00 |
| Social Security EE | 68.65 | 759.81 |
| Total | 226.22 | 2520.98 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403 b  Employee | 45.97 | 389.69 |
| Choice Plus - Medical HSA EE | 10.00 | 90.00 |
| Comprehensive Dental EE | 18.00 | 162.00 |
| Health Savings Account EE | 10.00 | 90.00 |
| Vision EE - Buy Up Plan | 4.00 | 36.00 |
| Total | 87.97 | 767.69 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Supp Life and AD  D | 3.69 | 33.45 |
| Total | 3.69 | 33.45 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx7418 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx2325 | Green Dot Bank | 831.28 |